**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 229 MAL 2022
                             :
              Respondent        :
                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court
           v.                    :
                             :
                             :
MARCUS WOMACK,                 :
                             :
             Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2022, the Petition for Allowance of Appeal

is is **GRANTED**.  The issue, as stated by Petitioner, is:

> Does Rule 600 run from the first or second criminal complaint
> when the first complaint is still pending against a defendant
> who is in pretrial detention and the second complaint is
> premised on grand jury proceedings that subsumed the case
> underlying the first complaint?